Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-359-335**

**Effective Date of Registration:**
June 16, 2023
**Registration Decision Date:**
August 22, 2023



## Title

| | |
|---|---|
| Title of Work: | Last kiss |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2011 |
| Date of 1st Publication: | September 15, 2011 |
| Nation of 1st Publication: | Greece |

## Author

| | |
|---|---|
| Author: | Adam Arthouros Martinakis |
| Author Created: | 2-D artwork |
| Citizen of: | Greece |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Adam Arthouros Martinakis |
| | Xenofondos 1, Karteros, Iraklio, Crete, 715 00, Greece |

## Rights and Permissions

| | |
|---|---|
| Name: | Adam Arthouros Martinakis |
| Email: | martinakis.info@gmail.com |
| Address: | Xenofondos 1 |
| | Karteros, Iraklio |
| | Crete 715 00 Greece |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | June 16, 2023 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-359-334**

**Effective Date of Registration:**
June 16, 2023

**Registration Decision Date:**
August 22, 2023

## Title

**Title of Work:** Light and Matter

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 11, 2020
**Nation of 1st Publication:** Greece

## Author

- **Author:** Adam Arthouros Martinakis
  **Author Created:** 2-D artwork
  **Citizen of:** Greece

## Copyright Claimant

**Copyright Claimant:** Adam Arthouros Martinakis
Xenofondos 1, Karteros, Iraklio, Crete, 715 00, Greece

## Rights and Permissions

**Name:** Adam Arthouros Martinakis
**Email:** martinakis.info@gmail.com
**Address:** Xenofondos 1
Karteros, Iraklio
Crete 715 00 Greece

## Certification

**Name:** David Denholm
**Date:** June 16, 2023

Page 1 of 2

